B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Eastern District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GC Georgetown KY Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-5177255** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Ikebana Path Road**<br>**Georgetown, KY**<br>ZIP Code **40324** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Scott** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 4065**<br>**Middletown, NJ**<br>ZIP Code **08234** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GC Georgetown KY Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **GC Georgetown KY Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Jamie L. Harris**
Signature of Attorney for Debtor(s)

**Jamie L. Harris KY Bar No. 91387**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**April 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dexter Bartholomew**
Signature of Authorized Individual

**Dexter Bartholomew**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 10, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **GC Georgetown KY Inc.**                                                 , Case No. _____
                                      Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **GC Delran NJ LLC** **Lexington** | **affiliate entity** | **04/10/15** |
| **GC Egg Harbor NJ Inc.** **Lexington** | **affiliate entity** | **04/10/15** |
| **GC Lexington KY Inc.** **Lexington** | **affiliate entity** | **04/10/15** |
| **GC London KY Inc.** **London** | **1560463** **affiliate entity** | **04/10/15** |
| **GC Nicholasville KY Inc.** **Lexington** | **affiliate entity** | **04/10/15** |
| **GC Somerset KY Inc.** **London** | **1560466** **affiliate entity** | **04/10/15** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **GC Georgetown KY Inc.**  
                           Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **A&R Grinding** **P.O. Box 402** **Hamilton, OH 45013** | **A&R Grinding** **P.O. Box 402** **Hamilton, OH 45013** | **trade debt** | | **184.00** |
| **Airmaster** **P.O. Box 1389** **Wrightstown, NJ 08562** | **Airmaster** **P.O. Box 1389** **Wrightstown, NJ 08562** | **trade debt** | | **184.00** |
| **Coastal Equipment** **130 Coastal Lane** **Jacksonville, NC 28546** | **Coastal Equipment** **130 Coastal Lane** **Jacksonville, NC 28546** | **trade debt** | | **5,217.00** |
| **Columbia Gas** **P. O. Box 742523** **Cincinnati, OH 45274** | **Columbia Gas** **P. O. Box 742523** **Cincinnati, OH 45274** | **Utility service** | | **5,124.18** |
| **Darpro** **P.O. Box 430401** **Atlanta, GA 30353** | **Darpro** **P.O. Box 430401** **Atlanta, GA 30353** | **trade debt** | | **389.60** |
| **Ecolab** **655 Lone Oak Drive** **Saint Paul, MN 55121** | **Ecolab** **655 Lone Oak Drive** **Saint Paul, MN 55121** | **trade debt** | | **1,278.66** |
| **Ecosure/Ecolab** **1601 West Diehl Road** **Naperville, IL 60563** | **Ecosure/Ecolab** **1601 West Diehl Road** **Naperville, IL 60563** | **trade debt** | | **420.00** |
| **FMP** **P.O. Box 8500** **S 41570** **Philadelphia, PA 19178** | **FMP** **P.O. Box 8500** **S 41570** **Philadelphia, PA 19178** | **trade debt** | | **944.00** |
| **Georgetown Municipal Waste and Sewage** **P.O. Box 640** **Georgetown, KY 40324** | **Georgetown Municipal Waste and Sewage** **P.O. Box 640** **Georgetown, KY 40324** | **utility service** | | **1,038.10** |
| **Georgetown News Graphic** **P.O. Box 2168** **Georgetown, KY 40324** | **Georgetown News Graphic** **P.O. Box 2168** **Georgetown, KY 40324** | **trade debt** | | **429.13** |
| **Ken Tyson Plumbing** **604 Bizzel Drive, Suite 150** **Lexington, KY 40510** | **Ken Tyson Plumbing** **604 Bizzel Drive, Suite 150** **Lexington, KY 40510** | **trade debt** | | **2,100.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **GC Georgetown KY Inc.**  
                        Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Kentucky American Water** P.O. Box 9001954 Louisville, KY 40290 | **Kentucky American Water** P.O. Box 9001954 Louisville, KY 40290 | utility | | 10,155.26 |
| **Kentucky American Water Co.** P. O. Box 371880 Pittsburgh, PA 15250 | **Kentucky American Water Co.** P. O. Box 371880 Pittsburgh, PA 15250 | utility | | 2,409.30 |
| **Liberty Services** 1005 S. Main Street West Milton, OH 45383 | **Liberty Services** 1005 S. Main Street West Milton, OH 45383 | trade debt | | 1,024.00 |
| **Loomis** Dept. Ch 10500 Palatine, IL 60055 | **Loomis** Dept. Ch 10500 Palatine, IL 60055 | trade debt | | 1,712.83 |
| **Nuco2** 2800 SE Market Street Stuart, FL 34997 | **Nuco2** 2800 SE Market Street Stuart, FL 34997 | trade debt | | 522.72 |
| **Regency Lighting** P.O. Box 205325 Dallas, TX 75230 | **Regency Lighting** P.O. Box 205325 Dallas, TX 75230 | trade debt | | 267.00 |
| **Republic Services** P.O. Box 9001099 Louisville, KY 40290 | **Republic Services** P.O. Box 9001099 Louisville, KY 40290 | utility service | | 4,796.17 |
| **Smithers Sign** P.O. Box 4597 Lexington, KY 40544 | **Smithers Sign** P.O. Box 4597 Lexington, KY 40544 | trade debt | | 2,401.00 |
| **Yellowstone Capital, LLC** 160 Pearl St. New York, NY 10005 | **Yellowstone Capital, LLC** 160 Pearl St. New York, NY 10005 | judgment | **Disputed** | 100,375.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 10, 2015**

Signature  **/s/ Dexter Bartholomew**  
                       **Dexter Bartholomew**  
                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **GC Georgetown KY Inc.**                    ,    Case No. _____

                                   Debtor

                                                                                Chapter     **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dexter Bartholomew** <br> **23 Dora Lane** <br> **Holmdel, NJ 07733** | | **85%** | |
| **Frank R. Seddio** <br> **9306 Flatlands Avenue** <br> **Brooklyn, NY 11236** | | **15%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 10, 2015**                             Signature  **/s/ Dexter Bartholomew**
                                                                          **Dexter Bartholomew**
                                                                          **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__**0**__   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **GC Georgetown KY Inc.**             Case No. 
                                       Debtor(s)        Chapter   **11**

## VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __4__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **April 10, 2015**             **/s/ Dexter Bartholomew**
                                         **Dexter Bartholomew**/**President**
                                         Signer/Title

I,      **Jamie L. Harris**      , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __4__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **April 10, 2015**             **/s/ Jamie L. Harris**
                                         Signature of Attorney
                                         **Jamie L. Harris**
                                         **DelCotto Law Group PLLC**
                                         **200 North Upper Street**
                                         **Lexington, KY 40507-1017**
                                         **(859) 231-5800   Fax: (859) 281-1179**

```
A&R Grinding
P.O. Box 402
Hamilton OH 45013


ACM
1 Corporate Drive, Suite 202
Bohemia NY 11716


Advanceme Inc.
c/o General Counsel
2 Overhill Rd., Suite 410
Scarsdale NY 10583


Airmaster
P.O. Box 1389
Wrightstown NJ 08562


AT&T
P.O. Box 105503
Atlanta GA 30348


Coastal Equipment
130 Coastal Lane
Jacksonville NC 28546


Columbia Gas
P. O. Box 742523
Cincinnati OH 45274


Corporation Service Company
P.O. Box 2576
Springfield IL 62708


Darpro
P.O. Box 430401
Atlanta GA 30353


DB & Associates Realty, LLC
P.O. Box 4065
Middletown NJ 07748


Dexter Bartholomew
23 Dora Lane
Holmdel NJ 07733
```

```
Ecolab
655 Lone Oak Drive
Saint Paul MN 55121


Ecosure/Ecolab
1601 West Diehl Road
Naperville IL 60563


FinishLine Capital Inc.
33 Spruce Hollow Rd.
Dunellen NJ 08812


FMP
P.O. Box 8500
S 41570
Philadelphia PA 19178


Frank R. Seddio
9306 Flatlands Avenue
Brooklyn NY 11236


Georgetown Municipal Waste and Sewage
P.O. Box 640
Georgetown KY 40324


Georgetown News Graphic
P.O. Box 2168
Georgetown KY 40324


Golden Corral Franchising Systems, Inc.
P.O. Box 29502
Raleigh NC 27626


Golden Resources, LLC
c/o Michael R. Eaves, Registered Agent
218 West Main Street
Richmond KY 40475


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Ken Tyson Plumbing
604 Bizzel Drive, Suite 150
Lexington KY 40510
```

```
Kentucky Alarm Systems
604 Bizzel Drive, Suite 150
Lexington KY 40510


Kentucky American Water
P.O. Box 9001954
Louisville KY 40290


Kentucky American Water Co.
P. O. Box 371880
Pittsburgh PA 15250


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Liberty Services
1005 S. Main Street
West Milton OH 45383


Loomis
Dept. Ch 10500
Palatine IL 60055


Midwest Systems & Services
P.O. Box 15033
Evansville IN 47716


Nuco2
2800 SE Market Street
Stuart FL 34997


Piazza Produce
P.O. Box 68931
Indianapolis IN 46268


Regency Lighting
P.O. Box 205325
Dallas TX 75230


Republic Services
P.O. Box 9001099
Louisville KY 40290
```

```
Smithers Sign
P.O. Box 4597
Lexington KY 40544


Thomas D. Flanigan, Esq.
McBrayer, McGinnis, Leslie & Kirkland
201 East Main Street, Suite 1000
Lexington KY 40507


Vadim Serebro, Esq.
P.O. Box 1511
New York NY 10268


Yellowstone Capital, LLC
160 Pearl St.
New York NY 10005
```

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **GC Georgetown KY Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GC Georgetown KY Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2015**

Date

**/s/ Jamie L. Harris**

**Jamie L. Harris**

Signature of Attorney or Litigant

Counsel for **GC Georgetown KY Inc.**

**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax:(859) 281-1179**